IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| K.A., by and through her Next Friend B.W., | ) ) ) |
| G.W., by and through her Next Friend K.W., | ) ) ) ) |
| and | ) ) |
| D.B., by and through his Next Friend A.B., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:18-CV-514-RK |
| THE CHILDREN'S MERCY HOSPITAL, | ) ) ) ) |
| Defendant. | ) |

## ORDER APPROVING SETTLEMENT

NOW on this 16th day of April, 2020, this cause comes before the Court on the Parties' Joint Motion for Approval of Minor Settlements. Specifically before the Court is the proposed Confidential Settlement and Release Agreement between G.W., by and through her Next Friend K.W. and The Children's Mercy Hospital (the "Hospital"). G.W., by and through her Next Friend K.W. appears by their attorney, Maureen Brady. Defendant Hospital appears by its attorney, Michael Raupp. Trial by jury is expressly waived and G.W., by and through her Next Friend K.W.'s claims against Defendant Hospital are submitted to the Court upon the application and evidence adduced.

The Court, now being fully advised, finds that the proposed Confidential Settlement and Release Agreement between G.W., by and through her Next Friend K.W. and the Hospital is fair and reasonable and should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. K.W. has been duly appointed as the Next Friend of G.W. and is entitled to bring this action as the Next Friend and natural father of G.W.

2. The settlement between G.W., by and through her Next Friend K.W. and the Hospital under the facts and circumstances involved is reasonable and proper and is hereby approved.

3. G.W. as Next Friend and natural father is hereby authorized to execute the Confidential Settlement Agreement and Release Agreement.

4. G.W. as Next Friend and natural father is authorized to execute the receipt of settlement proceeds.

5. Pursuant to the terms of the Agreement, upon this Court's approval, the Hospital will make the payment specified therein and G.W., by and through her Next Friend K.W. will sign and execute an Acknowledgement of Receipt and Satisfaction of Judgment. The Judgment is then deemed satisfied, with each party to bear their own costs.

6. Pursuant to the terms of the Agreement, G.W., by and through her Next Friend K.W., along with the other Plaintiffs in this case, shall dismiss this case with prejudice.

7. This subject matter of this Motion is confidential and all pleadings and other documents related to this Motion shall be sealed.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 16, 2020